Submitted December 30, 2010, reversed and remanded February 2, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PETELO PETER VAANA,
aka Patelo P. Vaana,
aka Petelo P. Vaana,
*Defendant-Appellant.*

Multnomah County Circuit Court
090443656; A143267

248 P3d 23

Rankin Johnson IV filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

Reversed and remanded. *State v. Terry*, 240 Or App 330, 252 P3d 332 (2011); *see also State v. Wibbens*, 238 Or App 737, 243 P3d 790 (2010).